EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Hernand Cruz Mateo | 2007 TSPR 23<br><br>170 DPR \_\_\_\_ |
| --- | --- |

Número del Caso: TS-9363

Fecha: 9 de febrero de 2007

Colegio de Abogados de Puerto Rico:

> Lcda. María De Lourdes Rodríguez
> Oficial Investigadora

Oficina de Inspección de Notarías:

> Lcda. María D. Ríos Díaz
> Directora Interina

Abogado de la Parte Peticionaria:

> Por Derecho Propio

Materia: Reinstalación para ejercer la profesión de abogado.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Hernand Cruz Mateo                    TS-9363


RESOLUCIÓN


San Juan, Puerto Rico, a 9 de febrero de 2007.


        A la Solicitud de Reinstalación para ejercer la profesión de abogado y no la notaría en la jurisdicción del Estado Libre Asociado de Puerto Rico presentada por el Sr. Hernand Cruz Mateo del 7 de febrero de 2006, con lugar como se pide.

        Se ordena la reinstalación sólo a la abogacía del señor Cruz Mateo. Se le apercibe que debe cumplir diligentemente con todos los deberes de la profesión y que debe continuar tratando de corregir las deficiencias notariales pendientes y mantener informado al Tribunal sobre el particular.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


                          Aida Ileana Oquendo Graulau
                          Secretaria del Tribunal Supremo